UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: THE HOME DEPOT, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION                         MDL No. 2583

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 11, 2014, the Panel transferred 7 civil action(s) to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, no additional action(s) have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W Thrash, Jr.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable Thomas W Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: THE HOME DEPOT, INC., CUSTOMER**
**DATA SECURITY BREACH LITIGATION**            MDL No. 2583

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 14−04315 | Earls et al v. Home Depot, Inc. et al |
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 14−02375 | Moran v. Home Depot U.S.A., Inc. |
| FLORIDA MIDDLE | | | |
| FLM | 3 | 14−01180 | Chorman v. Home Depot U.S.A., Inc. |
| KENTUCKY EASTERN | | | |
| KYE | 5 | 14−00396 | Burris v. The Home Depot, Inc. |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 14−02182 | First NBC Bank v. Home Depot, Inc. |